

# COURT OF APPEALS

| | FOURTH COURT OF APPEALS DISTRICT | |
|---|---|---|
| REBECA C. MARTINEZ | CADENA-REEVES JUSTICE CENTER | MICHAEL A. CRUZ, |
| CHIEF JUSTICE | 300 DOLOROSA, SUITE 3200 | CLERK OF COURT |
| PATRICIA O. ALVAREZ | SAN ANTONIO, TEXAS 78205-3037 | |
| LUZ ELENA D. CHAPA | WWW.TXCOURTS.GOV/4THCOA.ASPX | |
| IRENE RIOS | | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

April 8, 2021

Manuel C. Rodriguez Jr.
7551 Callaghan Rd., Ste. 200
San Antonio, TX 78229
* DELIVERED VIA E-MAIL *

Joe D. Gonzales
Bexar County District Attorney
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  04-21-00051-CV
Trial Court Case Number:  2018-PA-02855
Style:  In the Interest of A.B., a Child

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
Michael A. Cruz,
Clerk of Court

Monica Rivera
Deputy Clerk, Ext. 53855

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)